18791. LANE *v.* FARMERS & MERCHANTS BANK OF GARFIELD, GA.

BROYLES, C. J. The petition as amended was subject to general demurrer, and the court did not err in so holding and in dismissing the case.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 15, 1928.

178

*Alfred Herrington Jr.,* for plaintiff.
*A. S. Bradley,* for defendant.